IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 00-20948
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EFRAIN MACZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(H-99-CR-417-3)
--------------------
July 17, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Efrain Macz has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Macz has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5th Cir. R. 42.2.

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.